UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Ramon Melo
        Petitioner

   V.

Joseph F. McDonough
        Respondent

CIVIL ACTION

NO. 04-10151-PBS

## O R D E R

SARIS, D.J.

    Pursuant to Rule 4(b) of the Rules Governing Section 2241 cases, the Clerk of this Court is hereby ordered to serve a copy of the Petition upon the office of the United States Attorney General, the United States Attorney and the office of Immigration and Naturalization.

    It is further ordered that the Respondent shall, within 20 days of receipt of this Order, file an answer or other responsive pleading.

January 28, 2004
    Date

By the Court

  /s/ Robert C. Alba
  Deputy Clerk

Copies to:
    Petitioner

    United States Attorney

    United States Attorney General John Ashcroft
    Department of Justice
    950 Pennsylvania Ave. N.W., Room 4545
    Washington, DC 20530-0001

    Frank Crowley, Special Assistant U.S. Attorney
    Immigration & Naturalization Service
    P.O. Box 8728
    JFK Station
    Boston, MA 02114

(2241servINS.wpd - 09/00)                [2241serv.]