UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

RAMON MELO, )
)
    Petitioner )  2004 FEB -6 P 2: 36
)
v. )  Civil Action No.
)  04cv10151-PBS
JOSEPH F. MCDONOUGH, SHERIFF, )
PLYMOUTH COUNTY, )
)
    Respondent )

RESPONDENT'S NOTICE OF INTENT TO EXECUTE REMOVAL ORDER

Respondent[1] hereby informs the Court of its intention to execute the final order of removal against petitioner **on February 14, 2004.**

    Respectfully submitted,

    MICHAEL J. SULLIVAN
    United States Attorney

By: _____
    FRANK CROWLEY
    Special Assistant U.S. Attorney
    Department of Homeland Security
    P.O. Box 8728
    J.F.K. Station
    Boston, MA 02114
    (617) 565-2415

---

[1] As of a DHS restructuring effective June 9, 2003, the responsive successor official of the Department of Homeland Security having control of petitioner's immigration custody in the instant action is Bruce Chadbourne, Interim Field Director for Detention and Removal, Bureau of Immigration and Customs Enforcement ("ICE") in Boston, Massachusetts.