```
                                            . . . COURT
                                            . . . OF MASS.
            UNITED STATES DISTRICT COURT
          FOR THE DISTRICT OF MASSACHUSETTS

                                        2004 FEB -6  P 2: 36
RAMON MELO,                   )
                              )
           Petitioner         )
                              )        Civil Action No.
       v.                     )        04cv10151-PBS
                              )
JOSEPH F. MCDONOUGH, SHERIFF, )
PLYMOUTH COUNTY,              )
                              )
           Respondent         )
```

MOTION TO DISMISS

Respondent[1] moves to dismiss this action pursuant to Fed. R. Civ. P. rule 12(b)(6) for failure to state a claim upon which relief may be granted.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
FRANK CROWLEY
Special Assistant U.S. Attorney
Department of Homeland Security
P.O. Box 8728
J.F.K. Station
Boston, MA 02114
(617) 565-2415

---

[1] As of a DHS restructuring effective June 9, 2003, the responsive successor official of the Department of Homeland Security having control of petitioner's immigration custody in the instant action is Bruce Chadbourne, Interim Field Director for Detention and Removal, Bureau of Immigration and Customs Enforcement ("ICE") in Boston, Massachusetts.

## CERTIFICATE OF SERVICE

I hereby certify that I caused true copy of the above document to be served upon pro se petitioner by mail on February 5, 2004.

_____
FRANK CROWLEY
Special Assistant U.S. Attorney
Department of Homeland Security
P.O. Box 8728
J.F.K. Station
Boston, MA 02114